*E-Filed 10/20/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN CLINTON,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY GROUNDS, et al.,<br><br>    Defendants. | No. C 10-4069 RS (PR)<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE ACTION** |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. This action is a duplicate of another action, No. 10-4267. Accordingly, the Clerk shall ADMINISTRATIVELY CLOSE this action. No filing fee is due.

**IT IS SO ORDERED**.

DATED: October 20, 2010

                                        RICHARD SEEBORG
                                        United States District Judge